# GreenspoonMarder

From the desk of:
Daniel C. Mazanec, Esq.
Brickell World Plaza, Suite 3600
600 Brickell Avenue
Miami, Florida 33131
Direct Phone: 305.789.2720
Direct Fax: 305.537.3950
Email: daniel.mazanec@gmlaw.com

**VIA ECF AND FAX (212-805-7986)**

September 29, 2016

Honorable Paul G. Gardephe, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square, Room 2204
New York, New York 10007

Re: *PhotoMedex, Inc., et al. v. DS Healthcare Group, Inc.*
Case No. 1:16-cv-03981 (PGG)

Dear Judge Gardephe:

I am lead trial counsel for defendant DS Healthcare Group, Inc. in the above-referenced action. The initial pretrial conference in this case is scheduled for October 13, 2016 at 10:00 a.m.

I respectfully request the Court's permission to attend the initial pretrial conference by telephone. One of my colleagues would also appear in-person for the conference.

The Court's consideration of this request is greatly appreciated.

Respectfully submitted,

GREENSPOON MARDER, P.A.

Daniel C. Mazanec, Esq.

Boca Raton | Denver | Ft. Lauderdale | Las Vegas | Miami | Miami Beach | Naples | New York
Orlando | Port St. Lucie | San Diego | Tallahassee | Tampa | West Palm Beach

In New York, Greenspoon Marder, P.A. practices under the name Greenspoon Marder, P.A. P.C.
In California, Greenspoon Marder LLP practices using the fictitious name and trademark Greenspoon Marder under license from Greenspoon Marder, P.A.