# STEVENS & LEE

LAWYERS & CONSULTANTS

| USDS SDNY |
|---|
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: |
| DATE FILED: _10/12/16_ |

620 Freedom Business Center, Suite 200
King of Prussia, PA 19406
(610) 205-6000 Fax (610) 337-4374
www.stevenslee.com

Direct Dial:     (610) 205-6019
Email:     jwo@stevenslee.com
Direct Fax:     (610) 988-0808

October 10, 2016

MEMO ENDORSED

The Application is granted.

SO ORDERED:

Paul G. Gardephe
Paul G. Gardephe, U.S.D.J.

Dated: _Oct. 12, 2016_

**BY ELECTRONIC FILING AND
FACSIMILE (212-805-7986)**

The Honorable Paul G. Gardephe
United States District Court
Southern District of New York
40 Foley Square, Room 2204
New York, New York 10007

Re: *PhotoMedex, Inc., et al. v. DS Healthcare Group, Inc.*, No. 1:16-cv-03981-PGG

Dear Judge Gardephe:

I am lead trial counsel for Plaintiffs in the above-captioned matter. The initial pretrial conference in this case is scheduled for October 13, 2016 at 10:00 a.m.

I respectfully request the Court's permission to attend the initial pretrial conference by telephone. My partner, Brad Mitchell, who has entered his appearance in this case, will appear in-person for the conference. Counsel for defendant does not object to this request.

The Court's consideration of this request is greatly appreciated.

Respectfully submitted,

STEVENS & LEE

*s/ Joseph E. Wolfson*

Joseph E. Wolfson

cc:   Daniel C. Mazanec
Bradley L. Mitchell
Julie E. Ravis

Philadelphia  •  Reading  •  Valley Forge  •  Allentown  •  Harrisburg  •  Lancaster  •  Scranton
Wilkes-Barre  •  Princeton  •  Charleston  •  New York  •  Wilmington
A PROFESSIONAL CORPORATION